## APPENDIX A











# APPENDIX B





Squier Deluxe Molded Case

Squier Universal Electric Guitar Case (Molded)

Language: English | Español | Swedish

Privacy Policy | Terms of Use

Copyright © 02.10.2004 Fender Musical Instruments Corporation. All rights reserv.



http://www.fender.com/new_repository/spa/images/0996301106_xl.jpg                    2/10/2004



http://www.fender.com/new_repository/spa/images/099631106_xl.jpg

2/10/2004

Page 1 of 1